NUMBER 13-02-725-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


JOHN A. LINDEMANN, M.D., ET AL. , Appellants,


v.



JAMES LAMON AND JOYCE LAMON , Appellees.

____________________________________________________________________
On appeal from the 370th District Court

of Hidalgo County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam



 Appellants, JOHN A. LINDEMANN, M.D., ET AL. , perfected an appeal from a judgment entered by the 370th District
Court of Hidalgo County, Texas, in cause number C-487-02-G-1 . After the notice of appeal was filed, appellants filed a
motion to dismiss the appeal. In the motion, appellants advise that the trial court has entered an order granting a new trial
and that the appeal is now moot. Appellants request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 6th day of February, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).